**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7836**

BRENDAN PEMBERTON EL,

Plaintiff - Appellant,

and

TITUS LAMONT BATS, a/k/a Titus Batts-Bey; ALONZO DURHAM-BEY, JR.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:19-ct-03068-FL)

Submitted:  March 10, 2020                    Decided:  March 13, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brendan Pemberton El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brendan Pemberton El appeals the district court's order dismissing his civil action without prejudice for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pemberton El v. United States*, No. 5:19-ct-03068-FL (E.D.N.C. Nov. 29, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*